IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MICHAEL B. JAMES, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CV121 |
| | ) | |
| V. | ) | |
| | ) | |
| CITY OF OMAHA, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

On the court's own motion,

IT IS ORDERED that the Final Pretrial Conference is rescheduled before Magistrate Judge David L. Piester to Friday, February 29, 2008, at 9:00 a.m.

December 3, 2007.            BY THE COURT:

*S/ Richard G. Kopf*
United States District Judge