IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

MICHAEL B. JAMES,           )
                            )
            Plaintiff,      )           8:07CV121
                            )
        v.                  )
                            )
CITY OF OMAHA,              )           ORDER
                            )
            Defendant.      )
_____  )


The telephonic pretrial conference has been continued to February 29, 2008 at 9:00 a.m.  Filing 50.


IT THEREFORE HEREBY IS ORDERED,

The date for submission of the proposed Order on Final Pretrial Conference to the undersigned is extended to February 22, 2008.


DATED this 14th day of December, 2007.


BY THE COURT:

s/ David L. Piester

David L. Piester
United States Magistrate Judge